IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REID DRUCKER,

    Plaintiff,

  v.

SIEBEL SYSTEMS, INC., SENIOR EXECUTIVE RETENTION BENEFIT PLAN, ORACLE USA, INC., successor in interest to Siebel Systems, Inc., and Does 1 through 10, inclusive,

    Defendants.

No. C 10-00320 WHA

**ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

The parties' request to extend time for defendants to respond to the complaint to March 10, 2010, is **GRANTED**. Defendants also wish to file a motion to compel arbitration of the issues in the complaint but counsels' schedules do not permit them to attend a hearing until April 29 and wish to continue the case management from May 6 to "after the Court rules on defendants' motion to compel arbitration." That is **DENIED**. If counsel are too busy to attend the hearing, the Court will take the motion under submission and rule on the papers.

**IT IS SO ORDERED.**

Dated: February 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE