IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REID DRUCKER,

    Plaintiff,

v.

SIEBEL SYSTEMS, INC., SENIOR EXECUTIVE RETENTION BENEFIT PLAN, ORACLE USA, INC., successor in interest to Siebel Systems, Inc.,

    Defendants.

No. C 10-00320 WHA

**ORDER REGARDING STATUS REPORT**

More than three years having elapsed since this action was stayed pending arbitration proceedings on April 30, 2010, parties are directed to submit a joint status report by **September 17, 2013, at Noon**.

**IT IS SO ORDERED.**

Dated: September 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE